**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mark Douglas Jones,

Plaintiff,

v.

Wal-Mart Stores, Inc.,

Defendant.

00cv1537 (DDA/FLN)

**ORDER FOR DISMISSAL**

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: June 29, 2001.

[signature]
DONALD D. ALSOP, Senior Judge
United States District Court

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK